No. 03–1451. KRAMER v. BANC OF AMERICA SECURITIES, LLC.
C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part

in the consideration or decision of this petition.